UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                Case No. 09-CR–42

CHRISTAPHER A. TOURTILLOTT,

      Defendant.

**ORDER**

On February 3, 2009, a grand jury sitting in Milwaukee returned an indictment charging Christapher A. Tourtillott with three offenses involving sexual contact or abuse of a child under the age of twelve. Tourtillott entered a plea of not guilty as to each count and the matter was scheduled for a jury trial to commence on May 4, 2009.

On April 23, 2009, the Court granted a joint motion to adjourn the trial in order to allow additional DNA testing of certain trace evidence that was gathered during the course of the investigation. At that time, the Court found that any delay necessitated by the need to await the results of the testing would be excluded under the speedy trial act in the interests of justice. Specifically, the Court found that the interests of both the defense and the prosecution in obtaining such evidence outweighed the public interest, as well as the defendant's, in a speedy trial. The parties believed that the results of the testing may either resolve the case without a trial or, in the alternative, make the results of a trial far more reliable. Accordingly, the Court granted the adjournment and set a status conference for June 10, 2009.

On June 8, 2009, the adjournment was continued because the testing had still not been completed. A further status conference was set for July 20, 2009. On July 17, 2009, counsel advised the Court that the testing had still not been completed and jointly requested that the status conference be rescheduled for approximately one month away.

Based upon the foregoing, **IT IS HEREBY ORDERED** that the status conference in this matter is to be rescheduled to September 2, 2009. The Court's order excluding time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), shall continue.

Dated this   20th   day of July, 2009.

> s/ William C. Griesbach
> William C. Griesbach
> United States District Judge